# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC # 70147                                                                                                    PLAINTIFF

V.                                        5:07CV00282 JMM/HDY

RAY HOBBS, Chief Deputy Director,
Arkansas Department of Correction; GRANT
HARRIS, Warden, Varner Super Max, Arkansas
Department of Correction; DOE, John or Jane,
Administrator of Religious Services, Arkansas
Department of Correction; and CHARLES FREYDER,
Senior Chaplain, Varner Super Max, Arkansas
Department of Correction                                                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 2nd day of November, 2007.

_____
UNITED STATES DISTRICT JUDGE